UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2021 MAY 24  P 6: 35

RECEIVED

Betty Jane Ayers
162 WADE LANE
OAK RIDGE, TN 37830
865-456-7711

    VS.

ROBERT M. 'MONTY' WILKINSON/
MERRICK GARLAND (WHO INHERITED HIS CASES)
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001;

JOHN GLOVER ROBERTS, JR.,
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543;

JOSEPH ROBINETTE BIDEN, JR
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

KAMALA DEVI HARRIS
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

NANCY PATRICIA PELOSI
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

MICHAEL RICHARD PENCE, former VP
& President of Senate, formerly at
Vice President's Office
1600 Pennsylvania Avenue
Washington, DC 20500, now at
Office of the Former VP
Arlington, VA

Case: 1:21-cv-01445
Assigned To : Cooper, Christopher R.
Assign. Date : 5/24/2021
Description: Pro Se Gen. Civ. (F-DECK)

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2021 MAY 24  P 6: 33
RECEIVED

## COMPLAINT ON DEMAND FOR WRIT OF QUO WARRANTO

Demandant Betty Jane Ayers, pro se and member in good standing of We the

People of the United States of America does hereby demand, per right of redress



RECEIVED
Mail Room
MAY 25 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

within the Constitution, that all individuals involved in the crimes related herein

do immediately resign and be held accountable by the military for their crimes as

related herein. If they will not resign from a currently held government position,

they must come to a hearing in this court together with the called witnesses and

their evidence and testimony as named herein, to be presided over and decided

by our U.S. Military.  If elected seats are vacated, the military at their discretion

will either restore the rightfully elected President using evidence of fraud already

obtained, with possible new elections for a new Vice President and to fill the rest

of the vacated elected seats, or the military shall hold all new elections using

methods other than our current compromised voting machines and paper ballot

system, and any federal elected seats left vacant in the interim shall immediately

be filled by We the People as specified herein until new elections can be held.

The true President which We the People elected this past November and/which

Demandant holds confidence We the People will re-elect if we have to hold new

elections, shall decide how we should proceed regarding the empty seat(s) in our

Supreme or lower Courts.

## JURISDICTION

Jurisdiction of this Court to issue this writ of quo warranto is

believed to be conferred under DC § 16–3501, DC § 16–3502, and

DC§ 16–3503.

2

As former Deputy Attorney General of the United States Rod Rosenstein, who reported to the Attorney General and had responsibility to issue this under the above statutes but failed to do so, and as current Acting Attorney General Robert M. "Monty" Wilkinson has been notified by Letter of Directive four times of the entire content of this writ by Demandant (Copies of those letters Attached, Att 1 pgs 1-5) , but Mr. Wilkinson refused to act on these matters, and as Attorney General Merrick Garland, who inherited the Acting AG's cases and had a duty to act on this, and who has also been notified by Demandant, but has also refused for weeks to act on the Letters of Directive, and as members of the Federal Bureau of Investigations have had these tapes in their possession for years but failed to act upon them,  demandant hereby petitions this Court for leave to issue writ filed by relator with payment of sufficient surety as is provided for in these statutes.

### CONSTITUTIONAL PROVISIONS, TREATIES, STATUTES, ORDINANCES, AND REGULATIONS INVOLVED IN THIS CASE

1) Paragraph 1 of THE CONSTITUTION OF THE UNITED STATES OF AMERICA: "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the

general Welfare, and secure the Blessings of Liberty to

ourselves and our Posterity, do ordain and establish this

Constitution for the United States of America."

2) THE CONSTITUTION OF THE UNITED STATES OF AMERICA,

Article. III. Section.1. "The judicial Power of the United States,

shall be vested in one supreme Court, and in such inferior

Courts as the Congress may from time to time ordain and

establish. The Judges, both of the supreme and inferior

Courts, shall hold their offices during good Behaviour, and

shall, at stated Times, receive for their Services, a

Compensation, which shall not be diminished during their

Continuance in Office."

3) Amendment I to the CONSTITUTION OF THE UNITED STATES OF

AMERICA: "Congress shall make no law respecting an

establishment of religion, or prohibiting the free exercise thereof;

or abridging the freedom of speech, or of the press, or the right of

the people peaceably to assemble, *and to petition the*

*Government for a redress of grievances."*

4) Amendment IX to the CONSTITUTION OF THE UNITED STATES OF AMERICA:

"The enumeration in the Constitution, of certain rights, shall not be

construed to deny or disparage others retained by the people."

5) 18 U.S. Code § 2381 "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

6) 18 U.S. Code § 2384 - Seditious conspiracy "If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both."

## STATEMENT OF THE CASE

The man in this video[1]identified as " JohnHereToHelp "(JHTH) identified as " Ryan D.

White" in evidence to follow, gives testimony of heinous crimes and criminal actions

that Chief Justice John Glover Roberts, former VP Michael Richard Pence, former Deputy

AG Rod Jay Rosenstein and others have either participated in, helped plan, or knew

about, yet continued in and or failed to report; acts JHTH relates to  have been

irrefutably documented, as they were captured on video and in audio tapes, and JHTH

discloses the appalling location these videos have lain unreported,  safely hidden from

prosecution: within  the offices of those in our Government who are tasked with

gathering and turning over evidence for prosecution of such heinous crimes --our own

FBI and former Deputy Attorney General.  JHTH relates that these tapes reveal acts of

the most horrific kind, involving repeated rape of the innocent, defenseless babies John

Roberts adopted with the aid of the (now infamous) Jeffrey Epstein, and that John

Roberts continued to allow the rapes and filming of these young children as they grew,

former VP Mike Pence is specifically named as having participated in these actions and

that it is on these videos, and it is used as "leverage" --aka "blackmail"—as related by

JHTH in this attached "Confidential Interviews" by Ryan White,[2] videos of these actions

---

[1] Transcript of video and video is here: <u>BOMBSHELL INTERVIEW! THE PLOT TO MURDER JUSTICES OF THE U.S.</u>
<u>SUPREME COURT | SOTN: Alternative News, Analysis & Commentary (stateofthenation.co)</u> but a copy of the
written transcript is included herein (Attachment II pgs 1-6) for convenience of the Military and the Court. Video of
this testimony is additionally available on Attorney Lin Wood's Telegram channel here:
<u>https://t.me/linwoodspeakstruth</u> -click the "video" tab- there are at least nine video clips from this witness relating
what has gone on, with testimony of where the video and audio evidence for these crimes is being held.
[2] Confidential Interviews pages 1 through 191, for Attorney Lin Wood by Ryan D. White, use page numbers in
upper right corner. See whole interview, but especially for here, see pg 13 lines 6 through pg 14 line 12, pg 15 line
24 through pg 17 line 21, pg 12 line 12 through pg 14 line 1, page 15 line 24 through pg 16 line 15.

having been made for purposes of blackmail, the "initiation" price in order to hold a seat

of power, a guarantee that that individual would do the bidding of the one in control of

the tapes, as related in these interviews.  JHTH and Ryan White indicate there are audio

tapes revealing Chief Justice John Roberts' participation in the plotting of murder(s) of

fellow judges and Justices of the Supreme Court, and others. Ryan White additionally

has provided testimony of details of Joseph Robinette Biden's participation in the

repeated rapes of children, and that there is film of this, see "Confidential Interviews"

page 162 line 1 through page 169 line 2. The existence of the tapes on John Roberts and

other individuals has been affirmed by another witness called herein who has heard

them and knows how to access them, and see also Confidential Interviews page 16 line

16 through page 17 line 21 for who else has copies of videos.

If these accusations are true, there is assuredly not one citizen in good standing in the

United States of America who would fail to classify the actions in these tapes as NOT "good

behavior," or who would fail to deem the participants in this as wrongfully exercising the power

of their position.  It is incomprehensible that anyone would participate in these things, and

even more incomprehensible that our own FBI and former Deputy Attorney General would sit

on these tapes, refuse for YEARS to prosecute, would so utterly fail to protect the most

innocent and defenseless of We the People, and thus aid in this blackmail scheme and the

continuance of these crimes.  If these tapes show these things, then Chief Justice John Roberts

as aforementioned is wrongfully exercising his power in being a judge, and all others appearing

in these tapes, involved in the making of and subsequent hiding of these tapes have wrongfully

exercised the powers in their positions, and We the People Demand John Roberts and all others

implicated by these tapes immediately resign and face prosecution under the full extent of our laws.

**REASONS FOR GRANTING THE DEMAND FOR HEARING WITH MILITARY IN THIS WRIT OF QUO WARRANTO**

1) When wrongful exercise of power and widespread failure to prosecute is present, this type of redress is specifically called for by We the People within the first paragraph of The Constitution of The United States of America and is reaffirmed in the First Amendment (in numbers 3 & 4 below.)  It is without a doubt declared first and foremost that WE THE PEOPLE are to move, to form, to establish, to *insure domestic Tranquility,*-i.e to **provide**- for peace and calm  by the correction of wrong within our government in these United States, to provide for the common defence of us all from enemies foreign or domestic, and to promote the general Welfare of us all:

> "We the People of the United States, in order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity . . ."

The first paragraph of the Constitution establishes and sets forth these rights for *We the People* to perform over, above, and before all three branches of our

8

government. There is a *period* at the end of this paragraph, and then the

enumerations begin. This period is intentional, and it, along with the beginning

of the enumerations immediately after the period establish and make it clear

that every duty before this period belongs to We the People. The powers for the

accomplishment of the things listed within this first paragraph is to lie *only* with

We the People.  It is We who are to insure and perform all these things.  It is

here sovereignly declared as our right first, and also our *duty* to ensure these

things. Because our Justice system has so grievously failed in its job, We the

People now assert our right to take these steps to insure that no man or woman,

including but not limited to those tasked with the oversight of, legislation of, and

carriage of Justice, has the right to rape and abuse any other, most especially an

innocent and defenseless baby or child, and no man or woman has the right to

harm another or plot to perform harm to  another,  to blackmail, or murder

another, and no man or woman employed within the three branches of our

government has the right to take part in such crimes or to withhold evidence of

such crimes and to fail to report and prosecute such crimes.  Participation in,

intentional withholdings of evidence of, and failures to report such atrocities

would constitute willing, knowing, and joint malicious acts if committed by the

individuals named herein and reported to be shown within the referenced tapes.

This would represent a grievous, repeated failure of and miscarriage of Justice by

those we have entrusted to carry out Justice, and We the People now assert *our*

right to call our military to our aid in this matter.  Notification has been sent to

them along with notification to the Respondents, and We the People call upon

our military to immediately procure and view these referenced tapes from the

location(s) disclosed in the transcripts and by other witnesses, and if these

witness's reports are true, then We the People demand the resignation of and

prosecution of the individuals within the branches of our government or

anywhere in the United States who have participated in transporting and

delivering children for these crimes, planning and/or taping of these crimes,

withholding evidence of such, or who committed these crimes.   We do so, as it

is not only our right, but our responsibility as set forth in this first paragraph of

the Constitution: "We the People . . .establish Justice, insure Domestic

Tranquility, and promote the general welfare."  This is a timeless, unending

charge to and for all of We the People, and most assuredly this charge includes

promoting the general welfare of our innocent, defenseless babies and children.

2)  Article. III. Section.1. of our Constitution in part states "Judges, both of

the supreme and inferior Courts, shall hold their offices during good

Behaviour, and shall, at stated Times, receive for their Services, a

Compensation, which shall not be diminished during their Continuance in

Office."

It is understood the inverse would be true: that they should *not* hold their

offices and *not* be paid when engaged in "bad" Behaviour.  The acts

described by witness JHTH and Ryan White in the transcripts and videos

referenced and linked herein would undoubtedly constitute "bad" Behaviour

according to any member in good standing of We The People and would

qualify as "bad" Behaviour under the code of conduct belonging to any

member of our legal branch system, executive branch system, or judicial

branch system. We therefore call our Military to confer with the named

witnesses herein, collect evidence and procure these tapes before the

hearing, and if these accusations are true,  we demand the immediate

resignation of every person involved in these heinous crimes, and We The

People demand they be prosecuted for these crimes *by our military* to the

fullest extent of our laws, for these actions constitute treason and it is clear

our justice system has been complicit in promoting and hiding these actions

and has massively failed.

3) Amendment I to the CONSTITUTION OF THE UNITED STATES OF AMERICA

   gives full and uninhibited power to We the People to petition the

   Government for redress – "remedy or set right" of grievances:

   > "Congress shall make no law respecting an establishment of
   >
   > religion, or prohibiting the free exercise thereof; or abridging the
   >
   > freedom of speech, or of the press, or the right of the people
   >
   > peaceably to assemble, *and to petition the Government for a*
   >
   > *redress of grievances*."

As such, neither this Court nor any other member of our Government has a

right to refuse We the People in our demands for release of these tapes and to

demand the resignation and prosecution of every involved person for such

heinous crimes if our military finds these accusations are true. As Congress has been forbidden by our Constitution to make any law prohibiting the right of We the People to petition the Government for a redress of grievances, there is by way of inference no legal need for any other case law to be cited herein to convince this Court that We the People are to be heard in a hearing, and allow our immediate call for remedy to be effected by our military.  Our Constitution is Supreme and in and of itself affirms our right to this redress and correction of those within our Government.

4) The right of Quo Warranto for We the People has wrongly been suppressed at the federal level in the United States and disapproved of at the state level, but nonetheless, still remains firmly the right of We the People under the Ninth Amendment, which was understood and presumed by the Founders, and which affords the only judicial remedy We the People have for violations of our Constitution by public officials and agents.[3]  The Ninth Amendment of the Constitution of the United States of America affirms the aforementioned points, that no power enumerated within our Constitution to any branch of our Government shall be construed to deny or disparage others retained by the People, as do We the People in retaining our military in this Demand. Demandant, a member of We the People hereby retains our U.S. Military, who is/are

---

[3] As stated by our Constitution and Constitution.org

sworn to uphold our Constitution, to handle this matter as described herein and to come to our aid and hear this matter.

### Amendment IX

*"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."*

5) 18 U.S. Code § 2381 – Treason "Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States."

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.) This applies to any current or former member of our government who has established allegiance first to the keeper of a blackmail tape, or adheres to our enemies as related below.

### GROUNDS FOR DEMAND FOR IMMEDIATE RELEASE OF TAPES, RESIGNATIONS, PROSECUTIONS, AND HEARING IF THOSE IMPLICATED DO NOT RESIGN

Because this pro se Demandant, like most of We the People, is not an attorney, Demandant asserts as per the Constitution that this writ shall not be set aside for mistakes in form, citation of law, or submission, or for any other reason, but instead shall be allowed a hearing with our

military presiding based solely upon the Constitution's instructions to We the People regarding

our right of redress in the face of grievances, and shall be judged by the military upon the

merits of the evidence herein, and in the referenced tapes of crimes committed-- crimes which

are a violation of the Judges' and others within our Government's seats' Codes of Conduct,

Oaths of office, US Law, and our Constitution.

   It is clear our founding framers, having been in the midst of great tyranny, knew the

likelihood was great the day could once more arrive when tyranny would again uncomfortably

root itself amongst We The People, so they penned a perfect mechanism We The People could

and should use to save ourselves from oppression. That dreaded day has undoubtedly arrived,

and We the People now reclaim and collectively and assertively use our Constitutionally-

granted sovereign Power to rid ourselves of this oppression:

1) The first paragraph of our Constitution establishes *all* power comes from us, "We The

   People." In short, it is We the People who are sovereign and rule here in The United

   States of America. We as a people for a while have forgotten, or perhaps not even

   known this, but we now know, and we now rise up and reaffirm it is not only our *right*

   but our *duty* to demand these things in the face of this *massive* failure to act by our

   justice system, and We the People now call our military to aid in the re-establishment of

   justice within all branches of our government. Our sovereign right was so written and

   ordained at the very beginning of our Constitution -*above* and *before* All legislative

   Powers, all Executive Powers and all Judicial Powers, that the powers of Justice,

   insurance of peace, powers of defence, ensurance of our general Welfare, securing

Liberty to ourselves and our future generations- all this power first and foremost

belongs to *us*--We The People. Here it is in full, again- *may We the People never again*

*forget this, or delay so long in using this:*

> "We the People of the United States, in Order to form a more perfect Union,
>
> establish Justice, insure domestic Tranquility, provide for the common defence,
>
> promote the general Welfare, and secure the Blessings of Liberty to ourselves
>
> and our Posterity, do ordain and establish this Constitution for the United States
>
> of America."

2)   That it is the right of We the People to make corrections to our three branches of

government is again affirmed, if anyone doubts the above first sovereign grant of these

powers to We the People:  Amendment I to the CONSTITUTION OF THE UNITED STATES

OF AMERICA,  gives full and uninhibited power to We the People to petition the

Government for redress – "to remedy or set right" our grievances:

> "Congress shall make no law  . . .prohibiting the free exercise thereof;
>
> or abridging the freedom of speech,  . . .or the right of the people  . . . *to*
>
> *petition the Government for a redress of grievances*."

> Finally, **Amendment IX** affirms the above, that no other power
>
> enumerated in the Constitution can deny or disparage others retained by
>
> the People- and Demandant, member of We the People, now calls our
>
> U.S. Military, who are sworn to defend our Constitution, to our aid:

*"The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."*

### DEMANDS

1) **Per our rights in the Constitution, We the People now are calling two branches of our U.S. Military to fully and completely act on the entirety of the matters herein to the best of their knowledge, expertise, and ability:** As all three branches of our government are compromised and have failed to act when they had a duty to act, we immediately call our United States Military to defend the whole of our Country and our Constitution and act on all information provided by JHTH, Ryan White and other evidence provided herein by obtaining all referenced tapes at the locations JHTH described and also Ryan White described in "Confidential Interviews" on Page 10 line 16 through page 17 line 21, and which Ms. Lindeman, a called witness has also affirmed exists as she has heard these tapes, and has access to copies of them. Procure and verify, and if the videos contain what they are purported to contain, immediately upload and post all of them in their entirety in a manner to be fashioned by the called witnesses along with the military, and amongst any other locations you may decide, make them available at the top of the FBI's front page of their web site, linking it to and

unlocking the established L00kingGlass site already set up if the

military and witnesses called herein so wish,  but the public must be

able to hear and view these unfathomable tapes our government

officials have made and that "our" own FBI and Deputy AG have

kept hidden from us.  We demand possession of the original tapes

and original copies made by Shawn Henry which were given to our

FBI, and Deputy Attorney General/Attorney General and/or others,

be immediately procured by and given to the military who is to

work with the two groups of witnesses as such: 1) bring one set of

the tapes for verification to one group comprised of but not limited

to Terpsehore Maras-Lindeman,  and individuals as Ms. Lindeman

chooses, such as Millie Weaver, Patrick Bergy, or any other

individual(s)  that Ms. Lindeman knows would be of aid in this

process, for as mentioned above, Ms. Lindeman has heard and has

a library of/access to the referenced tapes, and will be of great

benefit in authentication of the tapes and making sure the entirety

of the collection has been surrendered by members of our

government.

2) A second group, to aid the military, is also retained by Demandant

for We the People.  2) The military must take the other set of

original copies JHTH indicated were made to Attorneys Lin Wood

and any others whom he chooses and calls, such as Attorney Rudy

Giuliani, and/or Attorney Sidney Powell, or others as Mr. Wood knows would be of benefit, to also be verified and unlocked with the referenced key which Lin Wood has at least in part published. These two groups, along with the military, are to make sure these are the original tapes, that these are all of them, and that they match the tapes which we have herein Demanded our military upload for public viewing after verification. As stated before, these tapes must then be made immediately available for viewing on our Government's FBI web site where they may be viewed upon demand by clicking on a link, without restriction, by any member of We The People who so chooses and wishes to view them, so our Military and We The People can ensure the immediate resignation and  prosecution of any and all of these government individuals, past or present, who appear on these video and audio tapes. We demand a full list of names and positions of all those who helped in making these tapes and in hiding these tapes be published at the top and front page of the FBI website along with the names and positions of all those who appear in these tapes except for the victims, whose names must be omitted and whose faces/exposed parts we request be blurred. Nothing may be blurred or hidden on the abuser. This must remain available to We the People forever, so we will never forget and never allow this to happen again.

3) **We call our U.S. Military to immediately arrest and prosecute all parties they find to be criminally involved in this blackmail scheme**: It is incomprehensible that our own former US Deputy Attorney General, Rod Rosenstein, who served under and reported to the Attorney General, and that our own FBI- who obtained copies of these tapes through then agent Shawn Henry- could have been in possession of such tapes, yet chosen to suppress them, and leave John Roberts on his bench, as well as leave everyone else on those tapes in their positions of power.  The individuals named so far on those tapes, and any others which are found to be on or involved in the making and hiding of these tapes, have knowingly and intentionally left We the People—some of whom were  innocent babies and children--defenseless in the face of immoral beasts who repeatedly and freely abused their power, participated in heinous crimes against babies and children, participated in a plot to murder a Supreme Court Justice as related in the attached evidence, and to murder others who are/were agent(s) of the States.  If true, these acts arguably fulfill the very definition of treason and seditious treason, yet these persons have been free to continue in their torture and abuse of defenseless, innocent babies and children, because these tapes have been jointly hidden by those who were tasked with the duty to bring them to justice.

4) Demand is made for a hearing of this matter for any Respondent who believes himself innocent of these charges. Hearing will be at this Court with the Military presiding 7 days from the date of mailing and filing of this Quo Warranto, 7 days from today being

19

May 31, 2021, for any Respondent who wishes to provide proof of

innocence at a hearing of this matter. Service to respondents is this

day made via certified USPS mail, electronic return signature

required, as process servers state they are unable to deliver to the

currently closed federal buildings.

5) We the People demand that if Supreme Court Justice John Glover

Roberts, Jr., is implicated by these tapes that he immediately resign

with no further pay and no further expectation of pay in any form

from the US Government.   Murder and blackmail and sexual abuse

of children would far remove him from the required "good

behavior" required by the Constitution to be a judge, and would be

abuses of power far beyond the scope of any judge's job and would

constitute grounds for removal and prosecution by our military if he

would not resign.  If he is found within these tapes to have been

aiding in the plot to kill another justice and others within our

government offices, this also likely fulfills the requirement for

treason and we demand he be prosecuted for such. If implicated in

these tapes, we the People demand he resign not only his position

as Chief Justice of the Supreme Court of the United States, but from

any future position as a Justice in the Supreme or Federal Courts,

and from any position as a judge anywhere in the United States of

America, as his actions and behavior will have constituted such

heinous and grievous violations of not only the Code of Conduct for

a United States Judge which he swore to uphold, but also of Article

III Section 1 of the Constitution of the United States of America and

the aforementioned Code for Treason. These demands for

resignation and prosecution extend to any and all other agents

within our government, including any other Judge(s) in the Supreme

or Federal Courts who have participated in the actions and

behavior(s) stated herein or are evidenced within the referenced

video and audio tapes which are said to be in possession of the FBI,

Deputy AG and others; resign now, and face prosecution by our

Military if these things are true, for We the People do no longer

tolerate such abhorrent  behavior in our Government.

6) **Demandant asks our Military:** after affirming the tapes exist and

confirming them with Ms. Lindeman and Mr. Wood, and acquiring

Shawn Henry's referenced tapes, please look through the entirety

of *all* government resources, records, divisions, and agencies to find

ALL blackmail tapes made of anyone in any government position

past or present, and not only limit this demand for procurement to

that which was reported by JHTH to have been in the possession of

Rod Rosenstein and the FBI through then-agent Shawn Henry, but

this demand is for tapes from anywhere within the entirety of the

FBI's records and/or every other branch of our government, and is

21

to include collection(s) of blackmail/ "insurance" sex and/or murder or "snuff" tapes – from any source, including any private company or person that our Government or anyone else tasked with making or holding these tapes to ensure blackmail of those in government positions.  The entirety of these records must be searched for tapes, and must include but not be limited to the aforementioned but also Anthony Weiner's laptop and records, all of Ghislaine Maxwell's, Jeffrey Epstein's,  Keith Raniere's, Allison Mack's, Hunter Biden's, and Harvey Weinstein's records, and any other case records and equipment not mentioned herein, but which contain any kind of blackmail tapes/child sex tapes, "snuff" tapes- any inappropriate tapes of individuals within our government positions in any capacity in the past or present- all of these must be posted according to this Demand[4].  Demandant believes the herein named witnesses for this matter already possess much of these records and will be of great aid in delivering these records, and pointing out the location of these records to our military, if our military is not already in possession of such.  Demand is hereby made for our Military to do what they do best: defend our country and take down the bad guys,

---

[4] Demandant believes many tapes are already available and can easily be linked and posted, but request is made to post Respondent's tapes first if these accusations are true, so they will be forced to resign and their tapes will be able to be viewed by every member of We the People.  The enormity of the task may mean it takes  more days than 7 to post the remainder of the tapes, but I am sure the men and women in our military will give it their best effort, and will diligently work until finished if more tapes remain to be posted past the deadline for the hearing.

using the evidence & money trail paid to those in governmental

positions and prosecute all offenders, accordingly, including those

who are and have participated in this blackmail tape scheme. Some

of those in government positions have been illegally paid money to

unfairly target certain members and groups ("groups" such as in

political persuasion) of we the people; Ms. Lindeman, Ms. Weaver

and Mr. Bergy are well-equipped to advise on this, and it is believed

Ms. Maxwell is one of those who has paid some in government

positions to target and harass certain members of We the People

here in America. We ask our military to follow these money trails

and prosecute every person for whom they find evidence of these

things within our Governmental records, including evidence found

in special reports and investigations that have been ordered but not

released and acted upon yet, such as Durham and Huber, and not

limit this search to what is named herein, but follow the money trail

for all the crimes.

7) **Demandant calls our military to confer with and obtain evidence**
   **from Attorney Rudy Giuliani and others, evaluate it and arrest**
   **Joseph Robinette Biden, Nancy Patricia Pelosi and Kamala Devi**
   **Harris as enemies of the States if evidence supports such:** Rudy

Guiliani has published in multiple ways evidence[5] from Hunter

Biden's laptop and other sources that show Joseph Robinette Biden

has been and likely still is being paid by multiple foreign enemies of

the States and as such is not eligible to be President of The United

States. Mr. Guiliani recently stated that he asked the FBI specifically

to take Hunter Biden's laptop evidence in their recent raid of his

home to obtain electronic evidence, but they refused, so please

obtain copies of such from Mr. Guiliani and use the evidence on

Hunter Biden's laptop. Demandant is confident both Mr. Giuliani

and Ms. Lindeman will give the military copies of their completed

summaries/categorizations of the criminal evidence on Hunter

Biden's laptop.  Law Enforcement Today posted evidence that Pelosi

financed an effort to oust a duly elected President of the United

States,[6]  additionally, Pelosi, Pence, and Harris received this

attached sworn affidavit and statement from the Italian

Government (Att VI pg 1 of 1 and Att VII pgs 1-6) that all other

_____

[5] Here is one of many places Attorney Giulianni presented this evidence:

https://www.newsmax.com/newsmax-tv/rudy-giuliani-hunter-biden-burisma-new-york-post/2020/10/15/id/992109/?ns_mail_job=DM155345_10152020

(Included as Att IV pgs 1-3 for ease of the Court)

[6]https://www.lawenforcementtoday.com/revealed-pelosi-has-invested-more-than-1-million-in-crowdstrike-company-tied-into-russia-collusion-hoax/ (Included as Att Vpgs1-5 for ease of the Court)

Congressmen received as well on January 5, 2021, yet *still* voted to

certify an electoral vote they now *all knew for certain* was

fraudulent, and thus they *knowingly* and *jointly* allowed a President

and Vice President *other than the ones We the People duly elected*

to become President and Vice President, fulfilling the requirements

for not only treason, but seditious treason, and we call our Military

to act on this as well as all the evidence given above on Biden,

Pelosi, Pence, and Harris, and all who our military find committed

these crimes must immediately be arrested by our military and face

prosecution.[7] Additionally, detailed testimony is given regarding

Joseph Biden repeatedly raping young children and that there are

videos of it. (see the attachment "Confidential Interviews" pg 162

line 1 through pg 169 line 2.) We call our military to evaluate,

arrest, and prosecute if true.

8)    **Demand is made for our U.S. Military to immediately arrest and**

**prosecute the remainder of those not named here, but who are**

**found in the evidence to have committed treason and seditious**

**conspiracy:** The acts reported to be on these tapes by JHTH and

Ryan White within the cases listed above and likely more, represent

an act of each individual forevermore swearing allegiance first and

---

[7] A few extra charges Demandant added after notifying AG Monty Wilkinson, but as he did not act on other equally serious sworn evidence of blackmail, treason, and seditious treason within our Government, Demandant had no confidence he would act on this additional evidence.

foremost to an entity other than The United States of America. Each government official willingly participated in the act, knowing the taping of it would leave them forevermore beholden to and sworn first to do the bidding of the entity in control of the tape, and that entity is most assuredly *not* The United States of America. Each individual on these tapes has held their seat in a government position that owes allegiance first to The United States of America, but their tapes and their money trails make it clear they were and are performing their government position with interest for and allegiance first to an entity *other* than The United States of America. This represents a gross abuse of their power at the very least, but more ominously indicates adherence and servitude to an enemy of The United States of America, which appears to satisfy the requirements for 18 U.S. Code § 2381, and that they agreed jointly to this seems to satisfy seditious conspiracy as well, 18 U.S. Code 2384.   Having adhered to an enemy of the States, they would no longer have right to hold governmental position or office, or receive retirement pay or benefits from such, and Demand is again made that our Military gather evidence and make immediate arrests where warranted and prosecute to the fullest extent of the law. Money trails must be followed to ascertain Kamala Harris' involvement in partnering with foreign enemies of the States, as

26

well, according to this evidence reported to be found on the laptop

of Hunter Biden.[8]

9) **If the military cannot immediately re-instate the President that**

**We the People rightfully elected this past November, Demandant**

**calls Ms. Lindeman, Ms. Weaver, and Mr. Bergy, members of We**

**the People to themselves fill the three herein mentioned elected**

**seats these Demands will leave empty, or if they cannot fill them,**

**and if more elected people are found to be on those tapes, and**

**this leaves more than three vacancies in federally elected seats,**

**Demand is made for Ms. Lindeman to work with Demandant to**

**appoint members of We the People from the Telegram state**

**groups Ms. Lindeman heads up to fill the empty elected seats**

**these arrests/resignations will leave until new elections can be**

**held by our military, and we Demand that any new resultant**

**Federal elections shall be supervised and carried out by the United**

**States Military we have herein called, as we have no confidence in**

**our currently-used electronic voting machines and mail-in paper**

**ballots.[9]**   We once more affirm our right for the entirety of this

---

1) [8] https://nypost.com/2020/10/22/email-sent-from-bidens-brother-to-hunter-references-harris-report/ (Included as Att VIII pgs 1- 3 for ease of the Court)

[9] Because of the attached Italian affidavit, (Att VI pg 1 of 1 and Att VII pgs 1-6) and multitudinous evidence publicly revealed by the herein named witnesses, Demandant is confident upcoming results from the Arizona election audit, and all other state audits which will follow will affirm our electronic voting machines' results were manipulated, and our paper ballots' results were manipulated and were not the true results of the vote of We the People in our November, 2020 election. Additionally, the majority of voting machines used were not certified according to our laws at this link : https://www.eac.gov/voting-equipment/voting-system-test-laboratories-vstl- .

redress of grievances is established within the Constitution and its

Amendments, where it is clearly stated that no law can be made to

remove this right of We the People or those retained by We the

People for redress.

10) **Demandant herein additionally demands that  Mr. Biden, Ms. Harris and Ms.**

**Pelosi  provide proof that the voting machines in every state with which they**

**were elected were certified according to United States law, as it appears that**

**every federally elected official who was elected to office in 2017 or after was**

**largely elected with a non-certified voting machine, which is against our law.**

**Provide proof according to the laws related at this link**

**https://www.eac.gov/voting-equipment/voting-system-test-laboratories-vstl  or**

**resign, and the empty seats will  be filled  as above.**  We the People believe our

voting machines across the country from 2017 on, with few exceptions, were not

certified according to U.S. law at this link: https://www.eac.gov/voting-

equipment/voting-system-test-laboratories-vstl-  and that but for a select few,

machines used in every election from 2017 on have been illegal. [10] We demand

these three must either resign immediately, or show proof at the hearing to our

Military that they were elected in every applicable state with machines certified

_____

As such, Demandant is confident that members of We the People in each state will take appropriate action as regards each one of their own state's illegally-elected federal Congress members, but Demandant also prays each state will bear in mind that each member of Congress in the House and Senate who voted NOT to send the votes back to the States for re-certification on January 6, 2021 knowingly and jointly committed treason and seditious conspiracy in light of the fact that they all had just received a copy of the attached sworn Italian affidavit.

[10] These positions include the federal positions of President and Vice President of the United States, as well as Members of the United States House of Representatives, and Members of the United States Senate.

according to United States laws at this link: https://www.eac.gov/voting-equipment/voting-system-test-laboratories-vstl- .

11) **As above, Demandant is herein notifying and calling the heads of two branches of our U.S. Military, the National Guard and the Army, to immediately begin the work described herein and physically procure the evidence mentioned herein and obtain any other applicable evidence from but not limited to: Attorneys Lin Wood, Sidney Powell and Rudy Giulianni, and from Terpsehore Maras Lindeman, Millie Weaver, Mike Lindell, Patrick Byrne and perhaps others as witnesses advise. Our military may likely already be in possession of everything mentioned herein, but Ms. Lindeman will know which of the people named after her will have beneficial information for the military, and can point our military to any others who have information pertinent to this Writ, and will likely be able to point our military toward specific branches of our government and specific companies hired by or paid with Government/tax payer funds which have been hiding this evidence. Demand is made for hearing on this matter in seven days, on May 31, 2021 with Demandant's witnesses, Attorney Lin Wood and Ms. Lindeman, and any others that Mr. Wood and Ms. Lindeman or the military advise should be at the hearing, are called to be in attendance, military presiding, at which any Respondent who has not resigned or been arrested will be required to prove all charges are untrue and to present their EAC certifications for any state's voting machines with which they were elected if they hold an elected seat. Askance is made for military to keep Demandant**

apprised of events via phone, email and/or PACER court docket so Demandant

can work with Ms. Lindeman and her group to assure replacements for empty

elected government seats will be immediately covered until new elections, as

related above.

12) After procurance and viewing/hearing of these tapes of evidence,

Demand is made for members of our military to arrest and

prosecute each person implicated by the evidence, including those

persons who hold a government position but have refused to

resign from their seat or their elected seat, and also to arrest and

prosecute any implicated party who has resigned or is not

currently in an elected, appointed or former government seat.

13) No demand for relief is made[11] other than immediate delivery of

We the People by our U.S. Military from the circumstances herein

and its resultant Tyranny and Oppression. May God bless and use

our U.S. Military to restore our nation swiftly and mightily to our

long-lost Republic, and to One Nation Under God.

14) Motion is made to redact all personal addresses, phone numbers

and emails from the cover and conclusion and any other

documents for public viewing in this matter.

---

[11] Unless an accused party should oppose Demandant and then be found guilty.  At that time, Demandant asks all expenses incurred by Demandant related to this pursuit for redress of grievances be repaid to Demandant by Respondant.

15) **Within three days of filing of Writ, Military is to instruct Angela D.**
**Caesar, Clerk of Court, of time and place of hearing, and of how**
**Clerk is to contact them, and Clerk of Court is to give notification**
**to the military within two hours of any and all Respondants who**
**contact her for time and place of hearing.**

### CONCLUSION

For all these reasons, Demands as above are hereby made for redress of

grievances by our military for the sake of We the People.

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Complaint of Writ of Quo Warranto was served by first-class mail, return signature required upon all Respondents named in Writ:

ROBERT M. 'MONTY' WILKINSON/
MERRICK GARLAND (WHO INHERITED HIS CASES)
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001;

JOHN GLOVER ROBERTS, JR.,
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, NE
WASHINGTON, DC 20543;

JOSEPH ROBINETTE BIDEN, JR
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

KAMALA DEVI HARRIS
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500

NANCY PATRICIA PELOSI
U.S. HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

MICHAEL RICHARD PENCE, former VP
& President of Senate, formerly at
Vice President's Office
1600 Pennsylvania Avenue
Washington, DC 20500, forward to
Office of the Former VP
Arlington, VA

and additionally, notification was sent to Acting AG for District of Columbia, Channing D. Phillips, 501 3rd Street, NW, Washington, DC 20001.

Copies of writ and letters calling our National Guard and Army to our aid were sent to General Hokanson, 111 S. George Mason Drive, Arilington, VA 22204, and to Hon. John E Whitley, Acting Sec. of Army at 101 Army Pentagon, Washington, DC 20310-0101

on the 24th day of May,  2021

Betty Jane Ayers
162 Wade Lane
Oak Ridge, TN 37830
865-243-5217